UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　　　Defendant. | No. 2:15-cv-01261-GEB-AC<br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On March 8, 2018, plaintiff filed a Motion for Reconsideration and Motion for Appointment of Counsel. ECF No. 10. Plaintiff's case was closed on January 7, 2016. ECF No. 7. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 10 will, accordingly, not be considered.

　　　　IT IS SO ORDERED.

DATED: March 9, 2018

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE